IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LONNIE N. CROCKER,<br><br>        Defendant. | 4:16CB3003<br><br>DISMISSAL ORDER |

Upon the Motion of the Government, violation 3173292 is dismissed.

February 3, 2022.

BY THE COURT:

s/<u>Cheryl R. Zwart</u>
United States Magistrate Judge